

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00387-CR

JERRY ANSARDI                                                                    APPELLANT

V.

THE STATE OF TEXAS                                                                    STATE

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
TRIAL COURT NO. CR10535

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jerry Ansardi attempts to appeal from the trial court's May 5, 2014 judgment adjudicating him guilty of aggravated assault and sentencing him to twenty years' confinement. Because no motion for new trial was filed, Appellant's notice of appeal was due June 4, 2014. *See* Tex. R. App. P. 26.2(a)(1). Appellant filed his notice of appeal on September 3, 2014.

---

[1]*See* Tex. R. App. P. 47.4.

On September 22, 2014, we notified Appellant of our concern that we lack jurisdiction because his notice of appeal was not timely filed. *See* Tex. R. App. P. 25.2(b), 26.2(a)(1); *see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the appeal's merits and may take no action other than to dismiss the appeal). We informed Appellant that unless he or any party desiring to continue the appeal filed with the court, on or before October 2, 2014, a response showing grounds for continuing the appeal, we would dismiss the appeal. *See* Tex. R. App. P. 44.3. We have not received a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 13, 2014